IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
| v. | ) | 2:17mc3779-MHT |
| | ) | (WO) |
| ALABAMA MENTOR, | ) | |
| Montgomery, AL, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| STEFANIE BROOKS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that:

(1) The government's motion to dismiss garnishment (doc. no. 11) is granted.

(2) The writ of garnishment (doc. no. 2) previously issued to garnishee Alabama Mentor is dismissed.

This case remains closed.

DONE, this the 28th day of May, 2019.

                                            /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**